| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>FISHER, RAYMOND C. | 2. Court or Organization<br><br>U.S. COURT OF APPEALS - NINTH CIRCUIT | 3. Date of Report<br><br>05/16/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>U.S. COURT OF APPEALS - 9th CIRCUIT<br>125 S. GRAND AVE. #400<br>PASADENA, CA 91105 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Member, Board of Directors | Constitutional Rights Foundation (nonprofit), Los Angeles, CA |
| 2.   Vice-Chair, Board of Directors | Western Justice Center (nonprofit), Pasadena, CA |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Fisher , Raymond C.

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 05/16/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | Jan-Dec 10 | CA State Teachers Retirement System - Pension |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American U.Washington College of Law | Oct.20-24, 2010 | Washington, D.C. | Jurist-in-Residence (lecturing) | Lodging, Meals, Transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 05/16/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 05/16/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FIA Card Svcs NA RASP | A | Dividend | L | T | | | | | |
| 2. M.LYNCH READY ASSETS TRUST | A | Dividend | K | T | | | | | |
| 3. RFC STRIPS 0% 1/15/10 | | None | | | Redeemed | 01/15/10 | J | A | |
| 4. RFC STRIPS 0% 4/15/11 | | None | J | T | | | | | |
| 5. RFC STRIPS 0% 7/15/11 | | None | J | T | | | | | |
| 6. RFC STRIPS 0% 4/15/12 | | None | | | Redeemed | 10/27/10 | J | A | |
| 7. RFC STRIPS 0% 10/15/13 | | None | K | T | | | | | |
| 8. RFC STRIPS 0% 10/15/15 | | None | K | T | | | | | |
| 9. US TREAS STRIPS 0% 5/15/11 | | None | | | Redeemed | 05/17/10 | J | A | |
| 10. US TREAS STRIPS 0% 11/15/11 | | None | | | Redeemed | 11/15/10 | J | A | |
| 11. US TREAS STRIPS 0% 2/15/11 | | None | K | T | | | | | |
| 12. US TREAS STRIPS 0% 11/15/11 | | None | K | T | | | | | |
| 13. US TREAS STRIPS 0% 8/15/12 | | None | K | T | | | | | |
| 14. US TREAS STRIPS 0% 5/15/13 | | None | K | T | | | | | |
| 15. US TREAS STRIPS 0% 8/15/13 | | None | K | T | | | | | |
| 16. US TREAS STRIPS 0% 2/15/14 | | None | K | T | | | | | |
| 17. US TREAS STRIPS 0% 11/15/14 | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 05/16/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FINANCING CORP STRIPS 0% 2/8/10 | | None | | | Redeemed | 02/08/10 | J | | |
| 19. FINANCING CORP STRIPS 0% 5/30/13 | | None | J | T | | | | | |
| 20. FINANCING CORP STRIPS 0% 5/30/14 | | None | J | T | | | | | |
| 21. FHLMC NOTE 5.125% 7/15/12 | A | Interest | K | T | | | | | |
| 22. CD AMEX BK 2.35% 3/18/11 | A | Interest | L | T | | | | | |
| 23. CD HILLCREST BK, KS 4.15% 6/29/12 | A | Interest | | | Redeemed | 10/27/10 | J | | |
| 24. CD FIRST BK, PUERTO RICO 1.8% 10/20/12 | A | Interest | K | T | Buy | 03/17/10 | K | | |
| 25. CD FIRST BK, PUERTO RICO 2.0% 4/1/13 | A | Interest | K | T | Buy | 03/17/10 | K | | |
| 26. CD WEBSTER BK, CT 3/31/14 | A | Interest | K | T | Buy | 03/17/10 | K | | |
| 27. CD CITIBANK NA,NV 2.55% 3/24/15 | A | Interest | J | T | Buy | 03/17/10 | J | | |
| 28. AMERICAN GROWTH FUND | A | Dividend | L | T | | | | | |
| 29. BLACKROCK LARGE CAP GROWTH | | None | | | Sold | 03/17/10 | L | | |
| 30. BLACKROCK EQUITY DIV FD | A | Dividend | L | T | Buy (add'l) | 06/08/10 | J | | |
| 31. BLACKROCK GLOBAL ALLOCATION FD | A | Distribution | M | T | Buy (add'l) | 03/17/10 | L | | |
| 32. COLUMBIA MARISCO GROWTH FD | A | Dividend | L | T | | | | | |
| 33. DAVIS NY VENTURE FD | A | Dividend | L | T | | | | | |
| 34. DELAWARE LTD TERM DIVERS. FD | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 35. FIDELITY ADV STRGC INC FD | | None | | | Sold | 06/08/10 | L | | |
| 36. FIDELITY ADV NEW INSIGHTS | A | Dividend | L | T | | | | | |
| 37. GOLDMAN SACHS LARGE CAP | A | Dividend | K | T | | | | | |
| 38. HARTFORD FLOATING RATE FD | B | Dividend | L | T | | | | | |
| 39. HARTFORD GROWTH FD | A | Distribution | L | T | | | | | |
| 40. IVA WORLDWIDE FD | A | Distribution | K | T | | | | | |
| 41. J.HANCOCK LG CAP EQ FD | A | Dividend | L | T | | | | | |
| 42. JP MORGAN VALUE OPP. FD | A | Dividend | L | T | | | | | |
| 43. LOOMIS SAYLES STRTGC INC FD | B | Dividend | L | T | | | | | |
| 44. NATIXIS GATEWAY FD | A | Dividend | K | T | | | | | |
| 45. OPPENHEIMER SMALL/MID CAP VAL FD | | None | | | Sold | 06/08/10 | J | | |
| 46. PIMCO TOTAL RETRN FD | A | Dividend | K | T | | | | | |
| 47. TEMPLETON WORLD FD | A | Dividend | L | T | | | | | |
| 48. VIRTUS MULTI SECTOR BOND FD | B | Dividend | L | T | | | | | |
| 49. | | | | | | | | | |
| 50. C.SCHWAB MUNI FUND | A | Dividend | J | T | | | | | |
| 51. PERKINS MID CAP VALUE FD | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 05/16/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 52. | COACHMAN COMMON STOCK | | None | | | Closed | 12/31/10 | J | | |
| 53. | NATIONWIDE AMERICA'S VISION ANNUITY (FID.VIP EQUITY) | | None | L | T | Distributed (part) | 12/01/10 | J | | |
| 54. | JACKSON NAT'L LIFE (ANNUITIES) | B | Interest | M | T | | | | | |
| 55. | MERNAN 145 LTD INVESTMENT PROP.#1, LA, CA (RESTAURANT) | | None | J | T | | | | | |
| 56. | VENWEST DEVELOPMENT LPI- LTD PTR | | None | K | W | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 05/16/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. L.51: PERKINS PREVIOUSLY KNOWN AS JANUS

VII. L.52: COACHMAN DELISTED, NO ASCERTAINABLE MARKET OR VALUE

VII. L.53: NATIONWIDE AMERICA'S VISION ANNUITY PREVIOUSLY KNOWN AS BESTOF AMERICA OR BEST AMERICAN FUND

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ RAYMOND C. FISHER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544